FILED

08/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0487



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0487

DARWIN J. BAILEY,

     Petitioner,

  v.

COMMANDER SHERYL ZIEGLER and/or
CAPTAIN HASH, MISSOULA COUNTY
DETENTION CENTER,

     Respondents.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED: August 16, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court